UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:          In Bankruptcy:

**SAKURA ENTERPRISES, LLC**      Case No. 18-45163-pjs
                                             Chapter 11
                                             Hon. Phillip J. Shefferly

       Debtor(s)

## ORDER AUTHORIZING DEBTOR TO EMPLOY CO-COUNSEL

**THIS MATTER** having come before the Court on Debtor, Sakura Enterprises, LLC's Application for Order Authorizing Employment of Counsel, and it appearing that the assistance of legal counsel is necessary, compensation having been paid to Maxwell Dunn, PLC ("MDPLC") and Clayson, Schneider & Miller, PC ("CSMPC") and having been disclosed to the Court, and the Court being satisfied that neither firm represents interests adverse to the Debtor's estate, with respect to the matters upon which it is to be engaged, and that both firms and with their individual members are "disinterested persons," and that the employment of MDPLC and CSMPC is necessary and in the best interest of the Debtor's estate, and sufficient notice having been given; now, therefore, for the reasons set forth on the record at the hearing on May 8, 2018,

**IT IS HEREBY ORDERED** that the application is granted. Debtor is authorized to employ MDPLC and CSMPC as co-counsel in accordance with the terms of Debtor's application.

**IT IS FURTHER ORDERED** that, subject to court approval and in accordance with Section 330(a) of the Bankruptcy Code, compensation will be paid to MDPLC and CSMPC on an hourly basis plus reimbursement of actual and necessary expenses incurred by MDPLC and CSMPC. In addition, related debtor Eteron, Inc.. (Case No. 18-45151-pjs) has agreed to pre-fund MDPLC's and CSMPC's attorney fees up to a monthly pre-fund cap of $5,000.00. This pre-funded amount will be held in MDPLC's client trust account, and MDPLC will apply it to its outstanding fees only after such fees have been approved by this court.

**IT IS FURTHER ORDERED** that, upon appropriate application, notice, and hearing, the Court shall determine the compensation and reimbursement of expenses to be allowed to MDPLC and CSMPC in accordance with 11 USC §§ 330 and 331 and the applicable bankruptcy rules.

**Signed on May 08, 2018**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly**
**United States Bankruptcy Judge**