# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re: ETERON, INC., et al.,[1]            Chapter 11
                                                                              Case No. 18-45161-pjs
                                                                              (Jointly Administered)
                                                                              Hon. Phillip J. Shefferly

---

## ORDER DISMISSING CHAPTER 11 CASE OF JOINTLY ADMINISTERED DEBTOR SAKURA ENTERPRISES, LLC. ONLY

This matter having come before the Court on the motion (ECF #129) of Sakura Enterprises, LLC., a debtor ("Debtor") in one of these jointly administered cases, requesting dismissal of its case only, proper notice of the motion having been given and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Debtor's motion is GRANTED.

**IT IS FURTHER ORDERED** that Chapter 11 bankruptcy case #18-45163 only is DISMISSED.

**IT IS FURTHER ORDERED** the obligation to pay U.S. Trustee quarterly fees and file Monthly Operating Reports (MORs) and provide disbursement information will not be affected by the dismissal of this case. Debtor will pay all U.S. Trustee fees due and owed, in the present total amount of $325.00 for the Third Quarter of 2018 by August 30, 2018, which amount may be increased, based on disbursement information to be provided by the Debtor based on the MORs and other disbursement information to be provided. If additional amounts are owed, the U.S. Trustee will provide notice to Debtor's counsel of the additional amount(s) owed and full payment will be made within ten (10) days of such notification. The Debtor will be responsible to pay all U.S. Trustee fees due and owed, in the amount of at least $325.00, for the Fourth Quarter of 2018 on or before September 30, 2018 if this case is still open in the Fourth Quarter of 2018. The Debtor will also be responsible to pay all U.S. Trustee fees due and owed for any additional Quarters this case is still open in, in the amount of at least $325.00,

---

[1] The Debtors in these jointly administered cases are: Eteron, Inc. (Case No. 18-45161-pjs); and Sakura Enterprises, LLCLLC (Case No. 18-45163-pjs).

which amounts due or owed for the Third Quarter or any other Quarters may also be increased based upon applicable disbursement information provided.

**IT IS FURTHER ORDERED** the Debtor will file the MOR for the month of August 2018 (if it has not already been filed) by September 20, 2018. The Debtor will also provide to the U.S. Trustee with disbursement information for the Debtor for the time period April 23, 2018 through the date the case is dismissed, by June 30, 2018. The Debtor will also provide additional disbursement information or other information as may be requested by the U.S. Trustee and will provide such additional disbursement or other information as reasonably requested by the U.S. Trustee until this case is closed.

**IT IS FURTHER ORDERED** this case will not be closed and will remain open pending full payment of U.S. Trustee quarterly fees due and owed, filing of the August MORs and disbursement or other information being provided as set forth herein. Upon completion of these requirements the U.S. Trustee will file a Notice with the Court.

**IT IS FURTHER ORDERED** that Debtor's counsel will file in the lead case #18-45161 a fee application for services rendered in the Debtor's case only, within fourteen days after the Order dismissing this case is entered. The lead case will also remain open for that purpose and to provide time for interested parties to file any fee application objections and have a hearing and/or filing of a CNR and for entry of an order regarding such fees.

**Signed on October 12, 2018**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge